Jeanette E. McPherson, Esq., NV Bar No. 5423
Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:    (702) 228-7590
Facsimile:    (702) 892-0122
E-Mail:    bkfilings@s-mlaw.com

*Counsel for Lenard E. Schwartzer, Trustee*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CHARLES CLEVELAND and ELLERIE CLEVELAND,<br><br>Debtor. | Bankruptcy Case No. BK-S-13-11315-LED<br><br>Chapter 7<br><br>Appeal Reference No. 14-07<br><br>USDC Case No. 2:14-cv-00068-GMN |
| LENARD E. SCHWARTZER, TRUSTEE,<br><br>Appellant,<br><br>v.<br><br>CHARLES CLEVELAND and ELLERIE CLEVELAND,<br><br>Appellees. | APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA |

**ORDER FOR PUBLICATION OF**
**ORDER ENTERED SEPTEMBER 29, 2014**

The Court having considered the Trustee's *Motion to Publish* [Dkt. # **15** ] filed herein, and good cause appearing,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY ORDRED** that this Court's *Order* entered in this case on September 29, 2014 [Dkt. #14], shall be submitted for publication.

Prepared by:

/s/ Jason A. Imes
Jeanette E. McPherson, Esq.,
Jason A. Imes, Esq.,
2850 S. Jones Blvd., Suite 1
Las Vegas, Nevada 89146
*Attorneys for Appellant*
*Lenard E. Schwartzer, Ch. 7 Trustee*

**IT IS SO ORDERED.**

Gloria M. Navarro, Chief Judge
United States District Court

Dated: October 22, 2014

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122